[No. 7289-1-II.   Division Two.   November 26, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
W. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 82-1-00519-1, James I. Maddock, J., entered
August 22, 1983. *Affirmed* by unpublished opinion per

Worswick, C.J., concurred in by Reed and Petrich, JJ.